# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ARREANE TONEY  
3705 FLAMBEAU DRIVE  
ROCKFORD, IL  61114  

SSN-xxx-xx-7846

Case Number: 06-70132

Case filed on: 2/6/2006  
Plan Confirmed on: 8/1/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $9,700.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 3,000.00 | 3,000.00 | 965.30 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 965.30 | 0.00 |
| 013 | FIRST PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ARREANE TONEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HSBC AUTO FINANCE | 7,300.00 | 7,300.00 | 4,723.64 | 608.20 |
| 002 | ILLINOIS TITLE LOANS, INC | 4,715.89 | 3,860.00 | 2,543.91 | 320.05 |
|  | Total Secured | 12,015.89 | 11,160.00 | 7,267.55 | 928.25 |
| 001 | HSBC AUTO FINANCE | 728.88 | 728.88 | 0.00 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 855.89 | 0.00 | 0.00 |
| 003 | AMERISTAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NATIONAL CAPITAL MANAGEMENT LCL | 331.91 | 331.91 | 0.00 | 0.00 |
| 005 | NATIONAL CAPITAL MANAGEMENT LCL | 327.20 | 327.20 | 0.00 | 0.00 |
| 006 | ASSOC COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOC COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,034.21 | 1,034.21 | 0.00 | 0.00 |
| 009 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | B-LINE LLC | 1,792.50 | 1,792.50 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 189.10 | 189.10 | 0.00 | 0.00 |
| 014 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 1,459.85 | 1,459.85 | 0.00 | 0.00 |
| 021 | PRESIDIO/CM | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 684.00 | 684.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROYCE FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | S&S PROP MGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | AMY L SILVESTRI d/b/a LYON & SILVESTRI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,547.65 | 7,403.54 | 0.00 | 0.00 |
|  | Grand Total: | 21,563.54 | 21,563.54 | 8,232.85 | 928.25 |

Total Paid Claimant:    $9,161.10  
Trustee Allowance:    $538.90  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007             By  /s/Heather M. Fagan